IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANDRES TORRES, THOMAS WHITTAKER, CAROL WHITTAKER, DESHAWN DICKINSON, GREG FIELD, JOSEPH POLETTI, JAMES KOTCHMAR, and ROBERT ALLEN, individually on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-10888-TGB-CI<br><br>**APPLICATION TO RELIEVE OBLIGATION TO SPECIFY LOCAL COUNSEL** |

　　The undersigned counsel for Defendant General Motors LLC, Archis A. Parasharami, has entered an appearance in the above-captioned matter. Counsel, who is admitted to practice in this Court but is not an active member of the State Bar of Michigan, hereby makes application to the Court to relieve the obligation to specify local counsel, pursuant to L.R. 83.20(f)(1) ("On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel."). The undersigned represents that he will attend scheduled appearances in-person as required and comply with local rules. In

1

2

addition, co-counsel, Andrew S. Rosenman, is an active member of the bar of this Court and of the State Bar of Michigan. Thus, counsel for General Motors LLC are able to perform all duties of attorney of record in these cases without specifying local counsel.

DATED: April 23, 2021                                         Respectfully submitted,

                                                  By: /s/ *Archis A. Parasharami*
                                                      Archis A. Parasharami

                                                  MAYER BROWN LLP
                                                  1999 K Street, NW
                                                  Washington, D.C. 20006-1001
                                                  Telephone: (202) 263-3000
                                                  *aparasharami@mayerbrown.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing paper with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: April 23, 2021                               Respectfully submitted,

By: /s/ *Archis A. Parasharami*
Archis A Parasharami

MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006-1001
Telephone: (202) 263-3000
*aparasharami@mayerbrown.com*